FILED by ____ D.C.

ELECTRONIC

**August 26, 2008**

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NO.:   **08-CV-80939-Hurley-Hopkins**

MARC B. STOLTZ, an individual,

      Plaintiff,

vs.

GENERAL REVENUE CORPORATION,
an Ohio corporation,

      Defendant.

_____/

## COMPLAINT FOR DAMAGES AND INCIDENTAL RELIEF

Plaintiff, Marc B. Stoltz, an individual, sues Defendant, General Revenue Corporation, an Ohio corporation, and alleges:

### I. PRELIMINARY STATEMENT

1.    This is an action brought pursuant to 15 U.S.C. §1692, *et sequi*, known more commonly as the "Fair Debt Collection Practices Act" ("FDCPA"), which prohibits debt collectors from engaging in abusive, deceptive and unfair practices.

### II. JURISDICTION

2.    The jurisdiction of this Court arises under 15 U.S.C. §1692k(d) and 28 U.S.C. §1337.

### III. ALLEGATIONS AS TO PARTIES

3.    Plaintiff, Marc B. Stoltz ("Mr. Stoltz"), is *sui juris* and a resident of Palm Beach County, Florida.

-1-

4.      Defendant, General Revenue Corporation ("General Revenue" or "Debt Collector"), is an Ohio corporation, doing business in Palm Beach County, Florida.

5.      Defendant is or was engaged in the collection of debts from consumers using the mail and telephone. Defendant regularly attempted to collect consumer debts alleged to be due to another.

6.      Defendant is a "debt collector" as said term is defined under the FDCPA, 15 U.S.C. §1692a(6).

7.      Mr. Stoltz is a "consumer" as said term is defined under the FDCPA, 15 U.S.C. §1692a(3).

8.      For an extended period of time, Defendant regularly collected or attempted to collect monies from consumers on defaulted student loans ("Student Loan Debt").

## IV.   FACTUAL ALLEGATIONS

9.      Several years prior to the filing of the instant action, Mr. Stoltz allegedly obtained a student loan for the purpose of attending a higher educational institution ("Stoltz Student Loan").

10.     Commencing in October, 2007, General Revenue commenced collection efforts with respect to the Stoltz Student Loan.

### *Initial Dunning Letter*

11.     On or about October 8, 2007, General Revenue sent or caused to be sent to Mr. Stoltz written correspondence known more commonly in the collection industry as a "dunning letter" for the purpose of collecting monies purportedly due under the Stoltz Student Loan ("Initial Collection Communication").

-2-

12.     A true and correct copy of the Initial Collection Communication is attached hereto and incorporated by reference as Exhibit "A."

13.     By information and belief, at the time of transmission of the Initial Collection Communication, the "creditor" as such term is defined under 15 U.S.C.§1692a(4) and owner of the Stoltz Student Loan was SLM Corporation, known more commonly as "Sallie Mae" ("Sallie Mae").

14.     On or about November 19, 2007, General Revenue sent or caused to be sent to a third-party, to-wit: Certified Lenders Service ("Certified Lenders"), a document which purports to be an employment verification request ("Employment Verification Request").

15.     A true and correct copy of the Employment Verification Request is attached hereto and incorporated by reference as Exhibit "B."

16.     The Employment Verification Request was sent or caused to be sent to a third-party without the permission, consent or knowledge of Mr. Stoltz.

17.     Subsequent to the transmission of the Initial Collection Communication until approximately May, 2008, General Revenue, through its agents, employees and representatives acting within the scope of their authority, commenced repeated telephone communications to Mr. Stoltz which include the following messages on the voice mail of Mr. Stoltz:

**Message 1:**

[unintelligible] with General Revenue Corporation on an **important federal matter**. I need you to return my call as soon as possible. I just want to see if we could help you with something or I just want you to find out what this is about. The number is 1-800-436-5248 extension 470. I hope to hear from you soon Marc.

-3-

Thank you.

**Message 2:**

Hi Marc. My name is Francine and I need you to give me a call as soon as you receive this message at 1-800-436-5248 extension 470. This is on an important business matter regarding [unintelligible] college and I hope that uh you'll return my call as soon as possible so that I don't have to transfer this over to the legal department. The number again is 1-800-436-5248 extension 470. Thank you.

**Message 3:**

This message is for Marc Stoltz. This is on an important **federal business matter**. If you are not Marc Stoltz do not listen to the rest of this message. By continuing to listen to this message you acknowledge that you are Marc Stoltz . Hi Marc, my name is Francine, I'm with General Revenue Corporation and this is an attempt to collect a debt on your federal defaulted student loan. [unintelligible] loan consolidation account for an attempt and it did not work .... it didn't go through, so I need you to call me back as soon as possible before this goes to the legal department. Call me back at 1-800-436-5248 extension 470. Federal law requires that I advise you that this communication is from a debt collector and any information that you provide to me will be used for such purpose.   Again this message is for Marc Stoltz about an **important federal business matter**. Please return my call at 1-800-436-5248 ext.470. Thank you.

-4-

**Message 4:**

Yes, Marc Stoltz if you will please give a return call to the office of Iris Beck at 1-800-440-9334 regarding Diamond Home Funding. Again, my name is Iris Bent I'm calling regarding Diamond Home Funding. If you will please give my office a call at -1-800-440-9334. Thank you.

**Message 5:**

This message is for Marc. Marc, this is Francine, I'm with General Revenue Corporation calling about an **important federal business matter** and I have a [unintelligible] that concerns you. I've left you several messages and I need you to return my call as soon as you get this. 1-800-436-5248 x470. Thank you.

**Message 6:**

Hi, this is Francine with General Revenue, I need you to return my call as soon as possible. It is imperative that you return my call. 1-800-436-5248 x470. Thank you.

**Message 7:**

Marc, this is Francine, I'm with General Revenue Corporation. I do have a **federal business matter** in my office that concerns you. I need you to return my call at 1-800-436-5248 x470. Thank you.

-5-

**Message 8:**

Hi......[unintelligible], I'm with General Revenue Corporation concerning an important **federal business matter** in my office that concerns you. I need you to return my call at 1-800-436-5248 x470 . I am here to help you on this matter so it wouldn't hurt to call back in as soon as possible.  Again I can be reached at 1-800-436-5248 x470. Thank you.

**Message 9:**

Hey Marc, this is Robert [unintelligible], uh, I haven't talked to you yet but I got something I gotta talk to you about, if you can return my phone call to 607-562-4984 I would greatly appreciate it. I've been trying to reach you for a little while now and, uh, unfortunately I haven't gotten a message so I'm not sure if, uh, you're not getting the messages at work or what's going on, but I'll try to get a hold of Agnes and maybe she can get you a message. Uhm, I've got a couple of other people I've been trying to get a hold of, Joan Weiss and ER Stoltz, maybe one of them can get you a message as well. So, give me a call back as soon as possible, alright? Thanks. Bye.

**Message 10:**

This message is for Marc. Marc, this is Frankie, I need you to call me back at  1-800-436-5248 on a **federal business matter** and I need you to return it as soon as possible.  Thank you.

-6-

**Message 11:**

This message is for Marc Stoltz. Marc, my name is Francine and I need you to call me back at -1-800-436-5248 x 470. Thanks.

**Message 12:**

Marc, this is [unintelligible] with General Revenue Corporation and I've left you several messages and I'm not [unintelligible] why you're not returning my calls, but I'll be taking care of you if you could just be professional for once and return my call. The number you can call me back at is 800- 436- 5248 extension 470. The longer you keep avoiding my call, the longer I'll keep calling you. Thank you.

> (emphasis added by Mr. Stoltz; original and/or copy of tape recording available for inspection)

18.     The representation in Message 9 by an unknown employee of General Revenue that General Revenue would call third parties - "Agnes," "Joan Weiss" and "E.R. Stoltz"- was a false, deceptive and misleading representation on the part of General Revenue.  In particular, General Revenue did not have the right or authority to contact third parties for the purpose of "get[ing] a message" to Mr. Stoltz under 15 U.S.C. §1692b and 15 U.S.C. §1692c.

19.     The repeated reference to an "important federal business matter" in Messages 1, 3, 5, 7, 8 and 10 constituted a false, deceptive and misleading representation in order to create a false sense of urgency on the part of Mr. Stoltz.

**COUNT I - ACTION FOR VIOLATION OF THE**
**FEDERAL FAIR DEBT COLLECTION PRACTICES ACT (15 U.S.C. §1692 *ET SEQUI.*)**

20.     This is action for violation of 15 U.S.C. §1692, *et sequi*, known more commonly

-7-

as the "Fair Debt Collection Practices Act" ("FDCPA")

21.    Mr. Stoltz realleges and reaffirms the allegations contained in Paragraphs 1 through 19 above as if set forth hereat in full.

22.    At all times material hereto, Mr. Stoltz was a "consumer" as said term is defined under 15 U.S.C. §1692a(3).

23.    At all times material hereto, Sallie Mae was a "creditor" as said term is defined under 15 U.S.C. §1692a(4).

24.    At all times material hereto, the Stoltz Student Loan was a "debt" as said term is defined under 15 U.S.C. §1692a(5)

25.    At all times material hereto, Defendant was a "debt collectors" as said term is defined under 15 U.S.C. §1692a(6).

26.    As more particularly described above, Defendant has violated the FDCPA in that Defendant has:

(a)    in the event General Revenue asserts that General Revenue was attempting to locate Mr. Stoltz, General Revenue communicated with a third party, to-wit: Certified Lenders, in contravention of 15 U.S.C.§1692b(1)and (2);

(b)    communicated with a third party, to-wit: Certified Lenders, without the prior consent of Mr. Stoltz given directly to General Revenue in connection with the collection of a debt in contravention of 15 U.S.C. §1692c(b);

(c)    engaged in any conduct the natural consequence of which is to harass, oppress, or abuse any person in connection with the collection of a debt in contravention of 15 U.S.C. §1692d;

(d)     placed telephone calls through Messages 2, 9, 10 and 11, without meaningful disclosure of the caller's identity in contravention of 15 U.S.C.§1692d(6);

(e)     used false, deceptive, misleading representations or means through Messages 1, 3, 5, 7, 8, 9, and 10 in connection with the collection of a debt in contravention of 15 U.S.C. §1692e;

(f)     made a false representation of the character, amount or legal status of any debt in contravention of 15 U.S.C. §1692e(2)(A);

(g)     failed to disclose in communications subsequent to the Initial Collection Communication that the communication is from a debt collector in contravention of 15 U.S.C.§1692e(11);

(h)     used unfair and unconscionable means to collect or attempt to collect a debt in contravention of 15 U.S.C. §1692f; and

(i)     in the Initial Collection Communication, failed to properly inform Mr. Stoltz as the least sophisticated consumer of the name of the creditor to whom the debt was owed in violation of 15 U.S.C. §1692g(a)(1).

27.     As a direct and proximate result of the violation of the FDCPA by the Defendant, Mr. Stoltz has been damaged. The damages of Mr. Stoltz include but are not necessarily limited to mental and physical pain and shock, discomfort, suffering, aggravation, humiliation, and embarrassment.

28.     Pursuant to 15 U.S.C. §1692k, Mr. Stoltz is entitled to recover actual damages together with statutory damages of $1,000.00, along with court costs and reasonable attorneys fees.

29.     Mr. Stoltz has retained the undersigned law office to represent his interest herein and is obligated to pay said law office a reasonable fee for its services.

WHEREFORE, Plaintiff, Marc B. Stoltz, an individual, demands judgment against Defendant, General Revenue Corporation, an Ohio corporation, for actual and statutory damages, together with interest, costs and attorneys fees pursuant to 15 U.S.C. §1692k, and for such other and further relief as justice may require.

**COUNT II - ACTION FOR VIOLATION OF THE
FLORIDA CONSUMER COLLECTION PRACTICES ACT**

30.     This is action for damages for violation of the Florida Consumer Collection Practices Act ("FCCPA") brought herein pursuant to the doctrine of pendant jurisdiction.

31.     Mr. Stoltz realleges and reaffirms the allegations contained in Paragraphs 1 through 19 above as if set forth hereat in full.

32.     At all times material hereto, the Stoltz Student Loan constituted a "debt" or "consumer debt" as said terms are defined under Florida Statutes §559.55(1).

33.     At all times material hereto, Mr. Stoltz was a "debtor" or "consumer debtor" as said terms are defined under Florida Statutes §559.55(2).

34.     At all times material hereto, Sallie Mae was a "creditor" as said term is defined under Florida Statutes §559.55(3).

35.     At all times material hereto, Defendant was a "debt collectors" as said term is defined under Florida Statutes §559.55(6).

36.     As more particularly described above, the Defendant has violated the FCCPA in that the Defendant has:

-10-

(a)      willfully communicated with Mr. Stoltz with such frequency as can reasonably be expected to harass Mr. Stoltz or a member of his family or willfully engaged in conduct which reasonably can be expected to abuse or harass Mr. Stoltz, in contravention of Florida Statutes §559.72(7); and

(b)      asserted the existence of a legal right when such person knows the right does not exist, in contravention of Florida Statutes §559.72(9).

37.      As a direct and proximate result of the violation of the FCCPA by the Defendant, Mr. Stoltz has been damaged. The damages of Mr. Stoltz include but are not necessarily limited to mental and physical pain and shock, discomfort, suffering, aggravation, humiliation and embarrassment.

38.      Mr. Stoltz has retained the undersigned law firm to represent his interest herein and is obligated to pay said law office a reasonable fee for its services.

39.      Pursuant to Florida Statute §559.77, Mr. Stoltz is entitled to recover actual damages together with statutory damages of $1,000.00, along with reasonable attorney's fees and court costs.

WHEREFORE, Plaintiff, Marc B. Stoltz, an individual, demands judgment for damages against Defendant, General Revenue Corporation, an Ohio corporation, for actual and statutory damages, together with interest, costs and attorneys fees pursuant to Florida Statutes §559.77.

## DEMAND FOR JURY TRIAL

Plaintiff, Marc B. Stoltz, pursuant to Rule 38, Federal Rules of Civil Procedure, demands a trial by jury of all issues so triable.

-11-

ROBERT W. MURPHY
Florida Bar No. 717223
1212 S.E. 2nd Avenue
Ft. Lauderdale, FL 33316
(954) 763-8660 Telephone
(954) 763-8607 Telefax
Attorney for Plaintiff
rphyu@aol.com

-12-



# GENERAL REVENUE
# CORPORATION ®

INDIANAPOLIS, IN • CINCINNATI, OH • LAS VEGAS, NV • HORSEHEADS, NY
STREET ADDRESS: 325 DANIEL ZENKER DR • HORSEHEADS NY 14845

(800) 436-5248

OCT 08 2007

Re: Account Number 91316170
Current Amount Due: $126,651.12

Note: The amount(s) due shown above consist of
the debt as detailed on the reverse side of this
notice.

Payment Address:
General Revenue Corporation
PO Box 495901
Cincinnati OH  45249-5901
Correspondence Address:
GRC
325 Daniel Zenker Dr
Horseheads NY 14845-1008

91316170-500
Marc B Stoltz
1852 Wisteria St
Wellington FL 33414-8609

Dear Marc B Stoltz:

Your guaranteed education loan is currently in default. Your guarantor, United Student Aid Funds Inc., was required to purchase the account from your lender under the terms of the guarantee agreement. Since your loan is in default, your loan has been placed with our agency, General Revenue Corporation for collection.

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days from receiving this notice that you dispute the validity of this debt or any portion thereof, this office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you request this office in writing within 30 days after receiving this notice, this office will provide you with the name and address of the original creditor, if different from the current creditor.

THIS AGENCY IS ENGAGED IN THE COLLECTION OF DEBTS. THIS COMMUNICATION IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

Please send payments to the "Payment Address" above, and please be sure to include your account number, 91316170 on your check or money order. If you are unable to pay this debt in full, please contact us to discuss acceptable arrangements to pay this debt.

NOTICE: PLEASE SEE REVERSE SIDE FOR IMPORTANT INFORMATION.

IONGRCO12500

✂ TO ENSURE PROMPT PROCESSING OF YOUR PAYMENT,
PLEASE DETACH AND MAIL THE BOTTOM PORTION OF THIS STATEMENT WITH YOUR PAYMENT ✂



ONGRCO12
PO Box 1022
Wixom MI  48393-1022
ADDRESS SERVICE REQUESTED

◄——DO NOT SEND PAYMENTS -OR-
CORRESPONDENCE TO THIS ADDRESS!

OCT 08 2007

☐ Please check here if there is a new phone # or address
change and enter information on reverse side

#BWNHRMD    0103943    0058447
#1008 0935 0058 4474#    91316170-500

||.||..||.|..|..||.|.||.|..|.||.||..||..||..||..|.|.||.||
Marc B Stoltz
1852 Wisteria St
Wellington FL 33414-8609

General Revenue Corporation
PO Box 495901
Cincinnati OH  45249-5901



EXHIBIT "A"

PLEASE SEE REVERSE SIDE
TO PAY BY CREDIT CARD.

To Bob Murphy:

# GENERAL REVENUE CORPORATION

**EMPLOYMENT VERIFICATIO.**

To  Certified lender Svc.

From  Ashley / GRC

File #  91316170

General Revenue Corporation
325 Daniel Zenker Drive
Horseheads, NY 14845

TO WHOM IT MAY CONCERN:

Your assistance would be greatly appreciated in an effort to verify employment of:

Name:  Marc Stoltz

Social Security #:  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

Please provide the following:

1) Address:

City:

Home Phone #:  (     )                          State:                        Zip:

2) Currently employed?

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
| Full-Time | Yes | ( | ) | No | ( | ) |
| Part-Time | Yes | ( | ) | No | ( | ) |

_____        _____        Date  ____ / ____ / ____
(Completed By)                                   (Title)

Your prompt reply is greatly appreciated. You may fax your reply to: GRC 1-607-562-4942

Sincerely,

1-800-436-5248
Ext # ASN

Employment
Verification Fax

RECOVERY OPERATIONS



EXHIBIT B

⸾ JS 44 (Rev. 2/08)

## CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.) **NOTICE: Attorneys MUST Indicate All Re-filed Cases Below.**

### I. (a) PLAINTIFFS

Marc B. Stoltz, an individual

**DEFENDANTS**

General Revenue Corporation, an Ohio corporation

**(b)** County of Residence of First Listed Plaintiff  Palm Beach
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant _____
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)

Robert W. Murphy, Esquire
1212 SE 2nd Avenue
Fort Lauderdale, FL 33316    Telephone:(954) 763-8660

Attorneys (If Known)

**(d)** Check County Where Action Arose: ☐ MIAMI-DADE  ☐ MONROE  ☐ BROWARD  ☑ PALM BEACH  ☐ MARTIN  ☐ ST. LUCIE  ☐ INDIAN RIVER  ☐ OKEECHOBEE HIGHLANDS

### II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☐ 1  U.S. Government Plaintiff

☑ 3  Federal Question
(U.S. Government Not a Party)

☐ 2  U.S. Government Defendant

☐ 4  Diversity
(Indicate Citizenship of Parties in Item III)

### III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

9:08CV 80939-Hurley-Hopkins

### IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 160 Stockholders' Suits | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 190 Other Contract | | ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 195 Contract Product Liability | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | **IMMIGRATION** | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | ☐ 463 Habeas Corpus-Alien Detainee | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | ☐ 465 Other Immigration Actions | | |

### V. ORIGIN (Place an "X" in One Box Only)

☑ 1  Original Proceeding  ☐ 2  Removed from State Court  ☐ 3  Re-filed- (see VI below)  ☐ 4  Reinstated or Reopened  ☐ 5  Transferred from another district (specify)  ☐ 6  Multidistrict Litigation  ☐ 7  Appeal to District Judge from Magistrate Judgment

### VI. RELATED/RE-FILED CASE(S).

(See instructions second page):

a) Re-filed Case ☐ YES ☑ NO    b) Related Cases ☐ YES ☑ NO

JUDGE _____    DOCKET NUMBER _____

### VII. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing and Write a Brief Statement of Cause (**Do not cite jurisdictional statutes unless diversity**):

Violation of 15 U.S.C. § 1692 et sequi (Fair Debt Collection Practices Act)

LENGTH OF TRIAL via __2__ days estimated (for both sides to try entire case)

### VIII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23    DEMAND $ _____    CHECK YES only if demanded in complaint:
JURY DEMAND: ☑ Yes ☐ No

**ABOVE INFORMATION IS TRUE & CORRECT TO THE BEST OF MY KNOWLEDGE**

SIGNATURE OF ATTORNEY OF RECORD    DATE  06/22/08
s/ _____

FOR OFFICE USE ONLY

AMOUNT 350 00    RECEIPT # _____    IFP _____

544010